738

Nos. 418 and 419. BERGER, TRUSTEE IN BANKRUPTCY, *v.* KINGSPORT PRESS, INC. November 8, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Benjamin Spinoza* for petitioner. *Mr. Robert Burrow* for respondent.

No. 420. WALKER, TRUSTEE, *v.* FLORIDA FRUIT CANNERS, INC., ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Charles R. Fenwick* for petitioner. *Mr. O. K. Reaves* for respondents.

No. 421. DAVISON GULFPORT FERTILIZER Co. *v.* GULF & SHIP ISLAND R. Co. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. B. E. Eaton* for petitioner. *Messrs. Elmer A. Smith, Clinton H. McKay, E. C. Craig,* and *Charles N. Burch* for respondent.

No. 424. ATLANTA TRUST Co. *v.* FEDERAL RESERVE BANK FOR USE OF AMERICAN SURETY Co. ET AL. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Samuel Nesbitt Evins* for petitioner. *Messrs. Shepard Bryan, B. D. Murphy,* and *Max F. Goldstein* for respondents.

No. 425. NATIONAL LABOR RELATIONS BOARD *v.* DELAWARE-NEW JERSEY FERRY Co. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Solicitor General*

*Reed* and *Mr. Charles Fahy* for petitioner. *Mr. Otto Wolff, Jr.* for respondent.

No. 428. ROGERS ET AL. *v.* MARCHANT, RECEIVER. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Adam H. Moss* for petitioners. No appearance for respondent.

No. 429. CRAMER, ADMINISTRATOR, *v.* PHOENIX MUTUAL LIFE INS. CO. ET AL.;
No. 430. COBURN ET AL. *v.* SAME;
No. 431. CRAMER, ADMINISTRATOR, *v.* AETNA LIFE INS. CO. ET AL.; and
No. 432. COBURN ET AL. *v.* SAME. November 8, 1937. Petition for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. George D. Weller, Fred E. Fuller, Bruce J. Flick,* and *H. M. Havner* for petitioners. *Mr. Wayne G. Cook* for respondents. Reported below: 91 F. (2d) 141.

No. 438. NATIONAL QUARRIES CO. *v.* DETROIT, TOLEDO & IRONTON R. CO. November 8, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Robert S. Marx, H. O. Bentley, Frank E. Wood,* and *Harry Kasfir* for petitioner. *Messrs. John S. Pratt, Melvin C. Light, Clifford B. Longley,* and *Wallace R. Middleton* for respondent.

No. 441. MATSON NAVIGATION CO. *v.* INDUSTRIAL ACCIDENT COMM'N ET AL. November 8, 1937. Petition for writ of certiorari to the District Court of Appeal, 1st